# United States Court of Appeals
### For the First Circuit

No. 24-1101

IN RE: ANDY LUU TRAN,

Debtor.

ANDY LUU TRAN,

Appellant,

v.

CITIZENS BANK, N.A., f/k/a RBS Citizens, N.A.; HERBERT JACOBS,

Appellees.

**JUDGMENT**

Entered: July 1, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the bankruptcy court is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: David G. Baker, Lawson Williams, Richard Thomas Mulligan, John Fitzgerald Willis